UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. JOHNSON JR., DEFINED BENEFIT PENSION PLAN, JOHN C. JOHNSON JR. TARGET BENEFIT PENSION AND JEFFREY S. JOHNSON and JOHN C. JOHNSON JR, JT., Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>          Defendants. | Civil Action<br>No. 1:05-cv-10272-GAO |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Attorney Adam L. Sisitsky of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005

                                          Respectfully submitted,

                                          /s/ Adam L. Sisitsky
                                          John F. Sylvia (BBO #555581)
                                          Adam L. Sisitsky (BBO #637532)
                                          MINTZ, LEVIN, COHN, FERRIS,
                                           GLOSKY AN POPEO, P.C.
                                          One Financial Center
                                          Boston, MA 02111
                                          (617) 542-6000

                                          Counsel for Defendants

LIT 1515908v1