## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil No.   05 - 10272 - GAO

Title:   John C Johnson Jr. et al.   vs.   Epix Pharmaceuticals, Inc. et al.

### N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge   O'Toole   has been reassigned to Judge   Saris   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials   PBS   .

*** **This case has been consolidated.  The lead case is 05-cv-10166-PBS.  See order entered on 9/27/05 by Judge Saris in case # 05-cv-10388-PBS** ***

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Gina Edge
Deputy Clerk

Date:   1/10/06

(Notice of LR40.1 Reassign.wpd - 3/7/2005)